Robert Alton Jones, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.[*]

Jeremy Joseph Carron appeals his conviction for possession with intent to distribute crack cocaine. He argues that the district court erred in denying him standing to assert his Fourth Amendment rights in the home of his co-defendant, Todd Broussard; that the district court erred in finding that Broussard voluntarily consented to the search of his home; and that the district court erred in finding that the search warrant issued on Broussard's home was valid.

We assume *arguendo*, without deciding, that Carron had a legitimate expectation of privacy in Broussard's home and, therefore, that he has standing to challenge the

constitutionality of the search. *See United States v. Wilson*, 36 F.3d 1298, 1302 (5th Cir.1994). We hold, however, that the district court's factual findings that Broussard consented to the search of his residence and, under the totality of the circumstances, that his consent was voluntarily given were not clearly erroneous. *See United States v. Randall*, 887 F.2d 1262, 1265 (5th Cir.1989); *United States v. Zucco*, 71 F.3d 188, 191 (5th Cir.1995).

Because we find that Broussard consented to the search of his residence, we do not address the issue of whether the search warrant was valid.

AFFIRMED.

**PLEASANTVILLE CIVIC LEAGUE OF HOUSTON, TEXAS; et al, Plaintiffs,**

**Brandece J. Abbott; Brendan E. Adams; Jermy Lavon Adams; Kevin Craig Adams, Jr.; Tashuana Nicole Adams; et al, Plaintiffs–Appellants,**

v.

**Guardian Ad Litem, also known as Kim BALLEW, Plaintiff–Appellee,**

v.

**Logistics Partners, Inc., et al, Defendants,**

---

Pleasantville Civic League of Houston, Texas, Etc.; et al,

v.

Logistics Partners, Inc., et al, Defendants,

U. Lawrence BOZE; Gary Williams Parenti Finney Lewis McManus Watson & Sperando, Appellants.

No. 03–20333, 03–20334.

United States Court of Appeals, Fifth Circuit.

Feb. 10, 2004.

Linnes Finney, Jr., Daniel B. Snellings, Gary, Williams, Parenti, Finney, Lewis, McManus, Watson, Fort Pierce, FL, U. Lawrence Boze', Houston, TX, for Plaintiffs-Appellants.

Kimberly Ann Ballew, Ballew & Yow, Houston, TX, Roger Dale Townsend, Alexander Dubose Jones & Townsend, Houston, TX, for Plaintiff-Appellee.

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM.*

We must dismiss for want of appellate jurisdiction. The orders for which review is sought are interlocutory and unappealable rulings. Unfortunately, this effort to appeal apparently has prevented the district court from acting, a delay that only adds difficulty to a case with more than its

share of confounding administrative difficulties.

DISMISSED for want of jurisdiction.

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR R. 47.5.4.

